UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ASHLEY NICHOLE MAJOR BARES, ET AL.**              CIVIL ACTION

**VERSUS**

NO.   19-707-JWD-EWD

**PROGRESSIVE GULF INSURANCE COMPANY, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 32) dated March 28, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion for Leave to File First Supplemental and Amending Petition, (Doc. 17) filed by Plaintiffs, Ashley Nicole Major Bares and James Wesley Major, is GRANTED, and this matter is REMANDED to the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana.

**IT IS FURTHER ORDERED** that the Motion to Remand, (Doc. 11) filed by Plaintiffs, Ashley Nicole Major Bares and James Wesley Major, is DENIED AS MOOT.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on April 15, 2020.

**JUDGE JOHN W. deGRAVELLES**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA